UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

LYNN STERNBERG,

Plaintiff,

vs.

USS GREAT LAKES FLEET, INC.

Defendant.

Case No.: 01-711 (MJD/RLE)

**ORDER FOR DISMISSAL WITH PREJUDICE**

Based upon the foregoing Stipulation of Dismissal with Prejudice:

**IT IS HEREBY ORDERED:**

That the above-captioned matter is hereby dismissed with prejudice, and that the parties shall bear their own costs and attorneys fees.

**BY THE COURT:**

Dated at Duluth, Minnesota, this 13th day of March, 2002.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

FILED MAR 13 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

| | | |
|---|---|---|
| LYNN STERNBERG,<br><br>Plaintiff,<br><br>vs.<br><br>USS GREAT LAKES FLEET, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 01-711 (MJD/RLE)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

It is hereby stipulated and agreed, by and among the parties, through their respective undersigned attorneys, that the above-entitled matter, including all claims, may be and hereby is dismissed with prejudice and on the merits, without costs to any party, and that a judgment of dismissal with prejudice and on the merits may be entered pursuant hereto without further notice.

Dated: 3-12-02

James A. Sage, #95163
PETERSEN, SAGE, GRAVES & STOCKMAN
Attorney for Plaintiff
1505 Alworth Building
Duluth, MN 55802
218/722-1488

Dated: 3/11/02

**ORMAN, NORD & SPOTT LAW OFFICES**

Michael E. Orman, Minnesota ID No. 127498
Nancy von Seggern, Minnesota ID No. 281268
Attorneys for Defendant
1301 Miller Trunk Highway
Suite 400
Duluth, MN 55811
218/722-1000
218/722-7408 (fax)